# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**KOLALA VASUDEVA MURTHY MD**
    Plaintiff,

vs.                                                                Case Number:   **08-2015**

**ERIC K SHINSEKI,** Secretary of
Department of Veterans Affairs,
    Defendant.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff.

ENTER this 28th day of May, 2010.

s/Pamela E. Robinson
_____
PAMELA E. ROBINSON, CLERK

s/S. Johnson
_____
BY:  DEPUTY CLERK